371 A.2d 1297

Commonwealth v. Foster-Pegg, Appellant.

Argued November 8, 1976. Jay S. Nedell, and Ambrose, Nedell & Yochim, submitted a brief for appellant; Samuel F. Bonavita, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 1297

Commonwealth v. Fronczek, Appellant.

Argued November 11, 1976. Joseph M. George, with him Ray, Buck, Margolis, Mahoney & John, for appellant; Vincent J. Roskovensky, II, with him Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.